**INFORMATION SYSTEMS & NETWORKS CORPORATION,**
Plaintiff–Appellant,

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5173.

United States Court of Appeals, Federal Circuit.

Dec. 14, 2009.

Norman H. Singer, Singer & Associates, P.C., of Bethesda, Maryland, argued for plaintiff-appellant.

Steven M. Mager, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With him on the brief were Michael F. Hertz, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Brian M. Simkin, Assistant Director.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED.  *See* Fed. Cir. R. 36.

Before RADER, PLAGER, and PROST, Circuit Judges.

## Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED.*  *See* Fed. Cir. R. 36.